## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE AMAZON.COM, INC. STOCKHOLDER DERIVATIVE LITIGATION | Master File No.: 1:23-cv-00196-CFC |

### PLAINTIFFS' NOTICE AND [PROPOSED] OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiffs Jay Smith and Thomas Stabile (collectively "Plaintiffs") hereby voluntarily dismiss the claims in the above-captioned action (the "Action") without prejudice. Defendants have neither served an answer or a motion for summary judgment in the Action.

Plaintiffs respectfully submit that notice of the dismissal to stockholders is not required in these circumstances pursuant to Fed. R. Civ. P. 23.1(c) because substantially similar derivative claims are currently pending in the U.S. District Court for the Western District of Washington, Seattle Division. *See In re Amazon.com, Inc. Shareholder Derivative Litigation.,* Lead Case No. 2:22-cv-00559-JCC.

Dated: July 28, 2023

OF COUNSEL:

**SHUMAN GLENN & STECKER**
Rusty E. Glenn
600 17th Street, Ste. 2800 South
Denver, Colorado 80202
Telephone: 303-861-3003
Email: rusty@shumanlawfirm.com

**LONG LAW, LLC**

By:  */s/ Brian D. Long*
Brian D. Long (#4347)
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
Telephone: (302) 729-9100
Email: BDLong@longlawde.com

*Plaintiffs' Liaison Counsel*

**SHUMAN GLENN & STECKER**
Brett D. Stecker
326 W. Lancaster Avenue
Ardmore, PA 19003
Telephone: 303-861-3003
brett@shumanlawfirm.com

*Plaintiffs' Lead Counsel*

IT IS SO ORDERED this ____ day of _____, 2023.

_____
THE HONORABLE COLM F. CONNOLLY UNITED
STATES DISTRICT COURT JUDGE